**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NESTOR R. TALINAO,                    :
                                      :
      Plaintiff,                     :
                                      :
  v.                                  : Civil Action No. 03-1195 (JR)
                                      :
JOHN E. POTTER, Postmaster            :
General, *et al.*,                    :
                                      :
      Defendants.                    :

## ORDER

For the reasons stated in the accompanying memorandum, the defendant United States Postal Service's motion for summary judgment [# 17] is **granted.**


                                  JAMES ROBERTSON
                         United States District Judge